MARY BRADY, as Administratrix of the Estate of OWEN BRADY, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Brady* v. *Brooklyn Heights R. R. Co.*, 95 App. Div. 632, affirmed.
(Submitted June 12, 1905; decided October 3, 1905.)

APPEAL from a judgment, entered July 7, 1904, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed a judgment in favor of defendant, entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint, and directed judgment in favor of plaintiff upon the verdict.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Thomas F. Magner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

------

WILLIAM P. WUEST, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Wuest* v. *City of New York*, 89 App. Div. 262, affirmed.
(Argued June 12, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Francis A. McCloskey* for appellant.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.